**Opinion filed May 5, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00083-CR

_____

### ERIC CHARLES WHITAKER, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 23158-B**

## M E M O R A N D U M   O P I N I O N

Appellant, Eric Charles Whitaker, Jr., entered a plea of true to the allegations in the State's motion to adjudicate. The trial court adjudicated Appellant guilty of the third-degree felony offense of possession of methamphetamine and assessed Appellant's punishment at confinement for three years and a fine of $500. We dismiss the appeal.

This court notified Appellant by letter that the trial court had certified that Appellant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). We requested that Appellant respond and show grounds to continue the appeal. Appellant sent a pro se response in which he indicated that he wished to withdraw his motion to appeal and did not want to prolong his sentence. After this court received Appellant's pro se response, the trial court conducted a hearing. At that hearing, Appellant announced that he did not want to pursue his appeal any further. Appellant also agreed to the withdrawal of his court-appointed attorney.

Because the trial court certified that Appellant waived his right of appeal and because Appellant has informed both the trial court and this court that he does not wish to pursue this appeal, we dismiss this appeal without further action. *See* Tex. R. App. P. 25.2(d).

This appeal is dismissed.

PER CURIAM

May 5, 2022

Do not publish. *See* Tex. R. App. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2